# EXHIBIT A

# BRANCH BANKING & TRUST (BB&T)
# PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. against my current/former employer, Branch Banking and Trust and/or its subsidiaries to recover overtime pay.

2. During the past three years, there were occasions when I worked for Branch Banking and Trust and/or its subsidiaries, and did not receive proper compensation for all of my hours worked, including overtime pay.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert my wage and hour claims.

4. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter.

Date: 10-18-2014

Signature: *R. Andrew Ketner*

Print Name: R. Andrew Ketner

**Information Below Will Be Redacted in Filings with the Court. Please Print or Type.**

Address: REDACTED

City, State Zip: REDACTED

Best Phone Number(s): REDACTED

Email: REDACTED

**Return this form by fax, email or mail to:**
Nichols Kaster, PLLP, Attn: Rachhana T. Srey
Fax: (612) 338-4878
Email: forms@nka.com
Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402
Web: www.nka.com

___

# BRANCH BANKING & TRUST (BB&T)
## PLAINTIFF CONSENT FORM
___

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. against my current/former employer, Branch Banking and Trust and/or its subsidiaries to recover overtime pay.

2. During the past three years, there were occasions when I worked for Branch Banking and Trust and/or its subsidiaries, and did not receive proper compensation for all of my hours worked, including overtime pay.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert my wage and hour claims.

4. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter.

Date: November 14, 2014      _____
                             Signature

                             Stephen M Baker
                             Print Name

___

**Information Below Will Be Redacted in Filings with the Court. Please Print or Type.**

Address: __REDACTED__   _____

City, State Zip: __REDACTED__   _____

Best Phone Number(s): __REDACTED__   _____   ____

Email: __REDACTED_____

**Return this form by fax, email or mail to:**   Nichols Kaster, PLLP, Attn: Rachhana T. Srey
Fax: (612) 338-4878
Email: forms@nka.com
Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402
Web: www.nka.com