# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| R. Andrew Ketner and Stephen Baker, individually and on behalf of all other similarly situated individuals,<br><br>          Plaintiffs,<br><br>v.<br><br>Branch Banking and Trust Company,<br><br>          Defendant. | Case No. 1:14-cv-00967-LCB-LPA<br><br>NOTICE OF SETTLEMENT AND PROPOSED SCHEDULING ORDER |

Pursuant to Local Rule 83.3, Plaintiffs R. Andrew Ketner and Stephen Baker, individually, and on behalf of the other Plaintiffs who have opted in to this lawsuit, with the consent of Defendant Branch Banking & Trust Company, hereby notify the Court that the parties have reached a settlement of the matters in controversy in this action. The parties are preparing to jointly move for approval of this Fair Labor Standards Act settlement. The parties request that the following schedule for briefing and notice related to the upcoming motion for settlement approval be adopted by the Court:

- The parties anticipate executing a final Stipulation of Settlement by September 23, 2016, followed by Plaintiffs' Counsel distributing notice of settlement to the Named and opt-in Plaintiffs by September 26, 2016;

- Plaintiffs will have twenty-one (21) days to respond to the notice of settlement;

- The parties anticipate filing a Joint Motion for Settlement Approval and Attorneys' Fees and Costs by October 21, 2016;

- The parties will seek a Settlement Approval Hearing on October 28, 2016, or proximate alternative date convenient for the Court.

In light of the tentative settlement that has been reached, the parties jointly request that all other pending deadlines, including discovery and pre-trial deadlines, be stayed pending approval of the settlement. Staying these deadlines will allow the parties to avoid the costs of ongoing litigation while they finalize the settlement and submit it to the Court for approval.

Respectfully submitted,

DATED: September 9, 2016

| **NICHOLS KASTER, PLLP** | **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP** |
|---|---|
| s/Rachhana T. Srey | s/Jill S. Stricklin |
| Rachhana T. Srey, MN Bar No. 340133* | Jill S. Stricklin, NC Bar No. 20145 |
| Brittany B. Skemp, MN Bar No. 395227* | 100 North Cherry Street, Suite 300 |
| 4600 IDS Center, 80 South Eighth Street | Winston Salem, NC 27101 |
| Minneapolis, MN 55402 | Telephone: (336) 721-1001 |
| Telephone: (612) 256-3200 | Facsimile: (336) 748-9112 |
| Facsimile: (612) 215-6870 | Email: jstricklin@constangy.com |
| Email: srey@nka.com | |
| Email: bbachmanskemp@nka.com | Maureen R. Knight, VA Bar No. 47053* |
| | 12500 Fair Lakes Circle, Suite 300 |
| *Admitted Pro Hac Vice* | Fairfax, VA 22033 |
| | Telephone: (571) 522-6100 |
| | Facsimile: (571) 522-6101 |
| **ROBERSON HAWORTH & REESE, PLLC** | Email: mknight@constangy.com |
| Robert A. Brinson, NC Bar No. 7020 | *Admitted Pro Hac Vice* |
| Shane T. Stutts, NC Bar No. 24683 | |
| 300 North Main Street, Suite 300 | **Attorneys for Defendant** |
| PO Box 1550 | |
| High Point, NC 27261 | |
| Telephone: (336) 889-8733 | |
| Facsimile: (336) 885-1280 | |
| Email: bbrinson@rhrlaw.com | |
| Email: sstutts@rhrlaw.com | |
| **Attorneys for Plaintiffs** | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record, as listed below, by operation of the Court's Electronic Filing System, on this 9th day of September, 2016.

    Jill S. Stricklin
    Constangy Brooks, Smith & Prophete, LLP
    100 North Cherry Street, Suite 300
    Winston-Salem, NC 27101
    jstricklin@constangy.com

    Maureen R. Knight
    Constangy Brooks, Smith & Prophete, LLP
    12500 Fair Lakes Circle, Suite 300
    Fairfax, VA 22033
    mknight@constangy.com

Dated: September 9, 2016          **/s/Rachhana T. Srey**
                                                  Rachhana T. Srey
                                                  *Attorney for Plaintiffs*