# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| R. Andrew Ketner and Stephen Baker, individually and on behalf of all other similarly situated individuals,<br><br>                 Plaintiffs,<br><br>v.<br><br>Branch Banking and Trust Company,<br><br>                 Defendant | Case No. 1:14-cv-00967-LCB-LPA<br><br><br>**JOINT MOTION FOR APPROVAL OF SETTLEMENT AND ATTORNEYS' FEES AND COSTS** |

      NOW COMES, Plaintiffs R. Andrew Ketner and Stephen Baker, individually and on behalf of all other similarly-situated individuals, and Defendant Branch Banking and Trust Company, hereby jointly move the Court to grant their Joint Motion for Approval of Settlement and Attorneys' Fees and Costs. The grounds in support of this motion are set forth in their supporting memorandum and exhibits, separately filed as an exhibit to Defendant's Unopposed Motion for Leave to File Confidential Settlement Materials Under Seal.

Dated: October 25, 2016

| | |
|---|---|
| **NICHOLS KASTER, PLLP** | **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP** |
| s/Rachhana T. Srey | s/Jill S. Stricklin |
| Rachhana T. Srey, MN Bar No. 340133* | Jill S. Stricklin, NC Bar No. 20145 |
| Brittany B. Skemp, MN Bar No. 395227* | 100 North Cherry Street, Suite 300 |
| 4600 IDS Center, 80 South Eighth Street | Winston Salem, NC 27101 |
| Minneapolis, MN 55402 | Telephone: (336) 721-1001 |

Telephone: (612) 256-3200
Facsimile: (612) 215-6870
Email: srey@nka.com
Email: bbachmanskemp@nka.com

*Admitted Pro Hac Vice*

**ROBERSON HAWORTH
& REESE, PLLC**
Robert A. Brinson, NC Bar No. 7020
Shane T. Stutts, NC Bar No. 24683
300 North Main Street, Suite 300
PO Box 1550
High Point, NC 27261
Telephone: (336) 889-8733
Facsimile: (336) 885-1280
Email: bbrinson@rhrlaw.com
Email: sstutts@rhrlaw.com

**Attorneys for Plaintiffs**

Facsimile: (336) 748-9112
Email: jstricklin@constangy.com

Maureen R. Knight, VA Bar No. 47053*
12500 Fair Lakes Circle, Suite 300
Fairfax, VA 22033
Telephone: (571) 522-6100
Facsimile: (571) 522-6101
Email: mknight@constangy.com

*Admitted Pro Hac Vice*

**Attorneys for Defendant**

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record, as listed below, by operation of the Court's Electronic Filing System, on this 25th day of October, 2016.

    Jill S. Stricklin
    Constangy Brooks, Smith & Prophete, LLP
    100 North Cherry Street, Suite 300
    Winston-Salem, NC 27101
    jstricklin@constangy.com

    Maureen R. Knight
    Constangy Brooks, Smith & Prophete, LLP
    12500 Fair Lakes Circle, Suite 300
    Fairfax, VA 22033
    mknight@constangy.com

Dated: October 25, 2016

                                                **s/Rachhana T. Srey**
                                                Rachhana T. Srey
                                                *Attorney for Plaintiffs*