UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| R. Andrew Ketner and Stephen Baker, individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>Branch Banking and Trust Company,<br><br>Defendant. | Case No. 1:14-cv-00967-LCB-LPA |

**MEMORANDUM IN SUPPORT OF JOINT MOTION FOR APPROVAL OF SETTLEMENT AND ATTORNEYS' FEES AND COSTS**

**(FILED UNDER SEAL WITH DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE CONFIDENTIAL SETTLEMENT MATERIALS UNDER SEAL)**